Lillian T. Dempsy, Appellant, v. Michael F. O'Rourke, as Administrator, etc., Appellant. Emma R. Comly and Others, Respondents. — Motion for reargument denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Isabella R. Doerfler, Appellant, v. Sarah E. Pottberg, Individually, etc., and Others, Defendants, and Abraham Doerfler, Respondent.— Motion granted, and second question in the notice of motion certified. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Rachel Dutcher, Respondent, v. John Wanamaker, Appellant.— Motion granted, without prejudice to a motion for reargument of the appeal from the judgment and order. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Mary Haynes, an Infant, by Harry Haynes, Her Guardian ad Litem, Respondent, v. Cooke & Cobb Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Intermediate Judicial Account of Louis Z. Green, as Committee, etc.— Motion to grant costs to the appellant, payable out of the fund, denied. Order resettled so as to allow costs to neither party. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

In the Matter of the Application of Nathan H. Harris for Admission to the Bar.— Application granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Tony Netteli, an Infant, by Rocco Netteli, His Guardian ad Litem, Respondent, v. Lehigh Valley Railroad Company, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Walter S. Newhouse Appellant, Respondent, v. Benjamin E. Desola, Respondent, Appellant. (Appeal No. 2.) — Motion granted, and resettled order signed. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

Emmanuel M. Pachinakis, Appellant, v. Jesse W. Uppercu, Respondent. — In view of the stipulation filed by the defendant as to the verification of the reply, the motion is denied, without costs. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ.

The People of the State of New York, Respondent, v. Hyman Stehr, Appellant.— Motion granted. Present — Jenks, P. J., Thomas, Stapleton, Mills and Putnam, JJ. Order to be settled before the presiding justice.